# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 4:12CR00199 BSM**

**LEROY SHAWN SELSOR**                                                                       **DEFENDANT**

## ORDER

On September 14, 2012, defendant Leroy Shawn Selsor's motion for forensic psychiatric evaluations of competency to stand trial pursuant to 18 U.S.C. § 4241 and for determination of existence of insanity at the time of offense was granted pursuant to 18 U.S.C. § 4242.

The United States Marshal for the Eastern District of Arkansas has advised the court that Selsor has been designated to MDC Los Angeles, California for the examination. Accordingly, the United States Marshal is directed to transport Selsor to MDC Los Angeles forthwith. Transportation time in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(H).

Pursuant to 18 U.S.C. § 4247(b) and (c), Selsor is committed to the custody of the U.S. Attorney General, or his authorized representative, for a period not to exceed forty-five (45) days, excluding any time consumed by transportation, for psychiatric or psychological examination under 18 U.S.C. § 4242. The facility conducting the examination will file a report with this court with copies to defendant's counsel and the government.

Eleven (11) days from the date the examination report is received by the court and the parties, any party who requests a hearing regarding any issues in the report or opposes the

report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within eleven (11) days, an order adopting or rejecting the conclusions set forth in the report will issue, and the period of excludable delay will end in accord with 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 28th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE